United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 14, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-11100
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHARLES HOWARD,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:02-CR-6-3-M
--------------------

Before REAVLEY, SMITH and STEWART, Circuit Judges.

PER CURIAM:[*]

Charles Howard appeals the sentence imposed upon his guilty plea to conspiracy and possession with intent to distribute more than 50 kilograms of marijuana, in violation of 21 U.S.C. §§ 846 and 841(a)(1). Howard contends that the district court erred by finding that he was not entitled to a minimal or minor role adjustment in his offense level pursuant to U.S.S.G. § 3B1.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Howard has not shown that the district court clearly erred in finding that he was not entitled to a lesser-role reduction because he was only a courier with limited knowledge of the conspiracy. See <u>United States v. Zuniga</u>, 18 F.3d 1254, 1261 (5th Cir. 1994); <u>United States v. Buenrostro</u>, 868 F.2d 135, 137-38 (5th Cir. 1989). The evidence introduced at sentencing supports the district court's determination that Howard was neither a minimal nor a minor participant in the offenses. See <u>United States v. Brown</u>, 54 F.3d 234, 241 (5th Cir. 1995).

AFFIRMED.